

# U.S. District Court

## Ohio Southern - Dayton

THIS IS A COPY

Receipt Date: Jul 29, 2022 12:36PM

Charles McKinney

Rcpt. No: 300000059             Trans. Date: Jul 29, 2022 12:36PM             Cashier ID: #BR

| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender Type | | | Amt |
|---|---|---|---|---|
| PC | Paper Check Conversion | #36394260 | 07/28/2022 | $402.00 |

Total Due: $402.00
Total Tendered: $402.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.