UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEVESTER SMITH,

    Plaintiff,

vs.

SHERIFF ROB STRECK,

    Defendant.

Case No. 3:22-cv-203

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## ORDER OF REFERENCE TO THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties have consented to the jurisdiction of United States Magistrate Judge Caroline H. Gentry to conduct all proceedings in this civil case, including entry of final judgment. Doc. No. 28 at PageID 133. Accordingly, the above-captioned matter is hereby referred to Judge Gentry from the date of this Order.

**IT IS SO ORDERED.**

  August 13, 2024                              s/Michael J. Newman
                                                        Hon. Michael J. Newman
                                                        United States District Judge