**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | |
|---|---|
| LEVESTER SMITH, | : Case No. 3:22-cv-00203 |
| Plaintiff, | : Magistrate Judge Caroline H. Gentry |
| vs. | : (by full consent of the parties) |
| ROB STRECK, | : |
| Defendant. | : |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(3) and § 636(c) and S.D. Ohio Civ. R. 16.3(a)(1), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of assigning this case for mediation.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge