**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| LEVESTER SMITH, | : | Case No. 3:22-cv-203 |
| | : | |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| ROB STRECK, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

The above-captioned case is set for a teleconference on **February 21, 2025** at **10:00 a.m to determine a suitable date for mediation.**  To join the teleconference, please call 1-669-216-1590.  The Meeting ID is 160 050 0098.  The passcode is 488395.  If you have any questions, please call Chambers at 937-512-1620.

**IT IS SO ORDERED**.


January 30, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge