# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| LEVESTER SMITH, | : | Case No. 3:22-cv-00203 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | (by full consent of the parties) |
| SHERIFF ROB STRECK, | : | |
| Defendant. | : | |

# ORDER

Plaintiff recently filed a "Motion to Show Cause." (Doc. No. 40.) In it, he states his understanding of the applicable law and facts and makes settlement demands, among other things. (*Id*.) The only specific relief sought from the Court is that an incident report be submitted. Defendant has filed a response opposing the motion. (Doc. No. 41.)

According to the Civil Scheduling Order in this case, the deadline for the parties to file motions for summary judgment is August 18, 2025. (Doc. No. 30 at PageID 139.) If Plaintiff wishes to properly present the incident report with a motion for summary judgment, he may do so by that date. There is otherwise no reason for evidence to be submitted at this time. Plaintiff may wish to review the Pro Se Handbook available on the Court's website, https://www.ohsd.uscourts.gov/pro-se-handbook, for additional information. The Motion to Show Cause is **DENIED**. (Doc. No. 40.)

**IT IS SO ORDERED**.

/s/ Caroline H. Gentry
Hon. Caroline H. Gentry
United States Magistrate Judge