# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| LEVESTER SMITH, | Case No. 3:22-cv-00203 |
| Plaintiff, | Magistrate Judge Caroline H. Gentry |
| vs. | (by full consent of the parties) |
| SHERIFF ROB STRECK, | |
| Defendant. | |

## NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION

Defendant filed a Motion for Summary Judgment on August 18, 2025. (Doc. No. 44.) In it, Defendant asks the Court to immediately resolve your claims in his favor without having a trial. You should soon receive a copy of the Motion from Defendant's attorney(s).

You must file your Response to Defendant's Motion no later than **September 8, 2025**. If circumstances beyond your control prevent you from meeting this deadline, you must **immediately** file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to Defendant's Motion, the Court may grant it and dismiss some or all of your case.**

You are **REMINDED** that your Response and all other filings in this case must include a certificate confirming that they have been served on all parties in the case. You are also **REMINDED** that you must keep this Court informed of your current address while the case is pending.

    **IT IS SO ORDERED**.

                                             */s/ Caroline H. Gentry*
                                             Hon. Caroline H. Gentry
                                             United States Magistrate Judge