**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| LEVESTER SMITH, | : | Case No. 3:22-cv-00203 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | (by full consent of the parties) |
| ROB STRECK, SHERIFF, | : | |
| Defendant. | : | |

# ORDER

Defendant filed a Motion for Summary Judgment under Fed. R. Civ. P. 56 on August 18, 2025. (Doc. No. 44.) Plaintiff's response was due by September 8, 2025. (*See* Notice to *Pro Se* Plaintiff of Dispositive Motion, Doc. No. 45.)

On or around September 16, 2025, the Court received from Plaintiff a document titled "Motion to Show Cause." (Doc. No. 46.) The document is dated September 1, 2025. (*Id.*) The address on the envelope indicates that Plaintiff is in custody at the Montgomery County Jail. (Doc. No. 46-1 at PageID 186.) The Montgomery County Sheriff's website in turn reflects that Plaintiff entered the jail on July 1 or July 2, 2025. *See* https://mont.miamivalleyjails.org/ (last searched Sep. 16, 2025). Thus, Plaintiff may not have received Defendant's Motion for Summary Judgment (Doc. No. 44, filed Aug. 18, 2025), or the Court's Notice to Plaintiff about the Motion (Doc. No. 45 filed Aug. 19, 2025) because he was in custody.

The Court will give Plaintiff the opportunity to file a Response to Defendant's Motion for Summary Judgment and to present his evidence to the Court. (*See generally* Doc. Nos. 13, 27, 40.) The Clerk of Court is **DIRECTED** to mail a courtesy copy of Defendant's Motion and the Court's Notice (Doc. Nos. 44, 45) to Plaintiff along with this Order. These copies shall be sent to Plaintiff at the Montgomery County Jail. An additional copy of this Order shall also be sent to the address on the docket.

Plaintiff may file a response to Defendant's Motion (Doc. No. 44) by **October 17, 2025**.

Plaintiff is **ORDERED** to file a Notice of Current Address with the Court listing the one address at which he can receive mail. He is **REMINDED** that he must keep the Court informed of his current address while the case is pending.

**IT IS SO ORDERED**.

      */s/ Caroline H. Gentry*
      Hon. Caroline H. Gentry
      United States Magistrate Judge